February 13, 1939

Hon. C. J. Wilde
County Auditor
Corpus Christi, Texas

Dear Sir:

Re: Opinion No. O-277
Whether or not the Commissioners'
Court has authority to pay depu-
ties taking care of assessment of
oil and gas and property changes
a greater sum of money than the
amount specified in Article 3902,
R.C.S., for deputies of the Tax
Collector and Assessor.

This is in answer to your letter
of February 2, 1939 addressed to the Honor-
able Gerald C. Mann, Attorney General, which
letter has been referred to the writer for
consideration and reply, You request an opin-
ion as to whether or not the Commissioners'
Court has authority to pay deputies taking
care of assessment of oil and gas and prop-
erty changes a greater sum of money than the
amount specified in Article 3902, R.C.S.,
for deputies of the Tax Collector and Asses-
sor.

The Commissioners' Court has no au-
thority or power except as granted by stat-
utes or the Constitution of Texas.

The deputies engaged in taking care
of the assessment of oil and gas, and keeping
up with property changes are engaged in the
performance of the duties encumbent upon the
office of the County Tax Collector and Asses-
sor. The Commissioners' Court has no authori-

ty or power to appoint deputies for the performance of those duties, except by the procedure prescribed in Article 3902, R.C.E.

"Whenever any district, county or precinct officer shall require the services of deputies, assistants or clerks in the performance of his duties he shall apply to the County Commissioners' Court of his county for authority to appoint such deputies, assistants or clerks, stating by sworn application the number needed, the position to be filled and the amount to be paid. * * * The Compensation which may be allowed to the deputies, assistants or clerks above named for their services shall be a reasonable one, not to exceed the following amounts: * * *"

Therefore, it is our opinion, and you are so advised, that the deputies performing the duties alleged must necessarily be deputy tax collectors and assessors, and must qualify and be compensated as such.

Believing this reply to answer your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

(signed)

By

Pat Coon
Assistant

PC:ob
APPROVED
        )(signed)
GERALD C. MANN
ATTORNEY GENERAL OF TEXAS